**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: VANESSA L. SHAFER           §    Case No. 08-73446
       CHRISTOPHER M. SHAFER       §
                                   §
           Debtors                 §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/28/2008.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/10/2009.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,750.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 1,736.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,736.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 133.67 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 133.67 |
| Attorney fees paid and disclosed by debtor: | $ 1,274.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY SCOTT A BENTLEY | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL | Sec | 8,525.00 | 8,810.55 | 8,525.00 | 144.98 | 261.62 |
| AMERICAN GENERAL FINANCIAL | Uns | 2,722.03 | 0.00 | 285.55 | 0.00 | 0.00 |
| GMAC | Sec | 25,887.55 | 25,910.23 | 25,887.55 | 401.87 | 793.86 |
| GMAC | Uns | 0.14 | 0.00 | 22.68 | 0.00 | 0.00 |
| KEVIN BRUNING & ASSOCIATES | Uns | 5,300.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Sec | 0.00 | 2,962.46 | 2,962.46 | 0.00 | 0.00 |
| A&R CONCEPTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCENT | Uns | 92.50 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 131.50 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 1,540.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL | Uns | 163.80 | NA | NA | 0.00 | 0.00 |
| AIG | Uns | 245.43 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 1,260.56 | 1,210.76 | 1,210.76 | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES OF | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 383.23 | NA | NA | 0.00 | 0.00 |
| AXIS PUBLISHING | Uns | 86.07 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 643.84 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Uns | 1,298.28 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ANESTHESIOLOGY | Uns | 105.60 | NA | NA | 0.00 | 0.00 |
| BARRINGTON OB/GYN | Uns | 196.40 | NA | NA | 0.00 | 0.00 |
| BARRINGTON OB/GYN | Uns | 26.20 | NA | NA | 0.00 | 0.00 |
| CARDINAL FITNESS | Uns | 104.85 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVORAL HEALTH | Uns | 240.20 | 240.20 | 240.20 | 0.00 | 0.00 |
| CENTEGRA HBH | Uns | 318.20 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HBH | Uns | 430.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NIMC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CHASE PAYMENTECH SOLUTIONS | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Uns | 286.56 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 277.53 | NA | NA | 0.00 | 0.00 |
| DISCOVER | Uns | 128.50 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Uns | 99.74 | NA | NA | 0.00 | 0.00 |
| DR. BRIAN WU | Uns | 177.84 | NA | NA | 0.00 | 0.00 |
| DR. GARY OBERG | Uns | 119.08 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS, INC. | Uns | 119.08 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST JOLIET | Uns | 206.50 | NA | NA | 0.00 | 0.00 |
| GOLDBERG & CHUDWIN, MD | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| H & R BLOCK | Uns | 434.00 | NA | NA | 0.00 | 0.00 |
| HODGES UNIVERSITY | Uns | 3,710.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 61.25 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 1,105.75 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 989.11 | 651.12 | 651.12 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 338.86 | 338.86 | 0.00 | 0.00 |
| JOHNSON & ASSOCIATES | Uns | 66.45 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 96.20 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 43.68 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 34.58 | NA | NA | 0.00 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Uns | 518.06 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Uns | 653.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LIFETOUCH | Uns | 59.95 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES LLC | Uns | 268.64 | 268.64 | 268.64 | 0.00 | 0.00 |
| MARENGO DISPOSAL | Uns | 203.39 | 113.39 | 113.39 | 0.00 | 0.00 |
| MARENGO DISPOSAL | Uns | 66.46 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY COLLEGE | Uns | 112.29 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY TREASURER | Uns | 4,650.08 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| MENARDS RETAIL SERVICES | Uns | 59.31 | NA | NA | 0.00 | 0.00 |
| M.C.C. | Uns | 115.76 | 120.76 | 120.76 | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCURY INSURANCE | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 1,132.67 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 1,326.18 | NA | NA | 0.00 | 0.00 |
| MICHAELS | Uns | 60.60 | NA | NA | 0.00 | 0.00 |
| MICROSOFT | Uns | 43.90 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 11.97 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 354.00 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST METRO UROLOGY | Uns | 199.90 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK N/A | Uns | 323.55 | 299.55 | 299.55 | 0.00 | 0.00 |
| OSI COLLECTION | Uns | 34.58 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC SPECIALISTS OF THE | Uns | 569.90 | NA | NA | 0.00 | 0.00 |
| PROACTIV SOLUTION | Uns | 45.85 | NA | NA | 0.00 | 0.00 |
| RETAILERS NATIONAL BANK | Uns | 1,430.06 | NA | NA | 0.00 | 0.00 |
| SALMON GOLDBERG | Uns | 18.20 | NA | NA | 0.00 | 0.00 |
| SHAFER & ASSOCIATES | Uns | 79.45 | NA | NA | 0.00 | 0.00 |
| SOUTHERN ILLINOIS UNIVERSITY | Uns | 4,060.62 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOCIATES OF FOX | Uns | 358.00 | NA | NA | 0.00 | 0.00 |
| TOWN SQUARE ANESTHESIOGISTS | Uns | 144.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WICKSTROM FORD | Uns | 441.22 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK IMAGING | Uns | 158.00 | NA | NA | 0.00 | 0.00 |
| FRANK BASLER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACTIVITY COLLECTION SERVICE | Uns | 0.00 | 42.80 | 42.80 | 0.00 | 0.00 |
| LTD COMMODITIES | Uns | 0.00 | 268.64 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 1,793.09 | 1,793.09 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 2,962.46 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 34,412.55 | $ 546.85 | $ 1,055.48 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 37,375.01 | $ 546.85 | $ 1,055.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 651.12 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 651.12 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 4,736.28 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 133.67 |
| Disbursements to Creditors | $ 1,602.33 |
| **TOTAL DISBURSEMENTS:** | $ 1,736.00 |

UST Form 101-13-FR-S (4/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/22/2009          By:  /s/ Lydia S. Meyer
                                     Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)